# EXHIBIT B

1900091.1

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA |
| JASON JOVINE, individually and on behalf of all others similarly situated, | CASE NO: 50 2010 CA 029178 |
| Plaintiff, | CLASS REPRESENTATION |
| v. |  |
| ABBOTT LABORATORIES, INC. d/b/a ABBOTT SALES, MARKETING and DISTRIBUTION CO., a Delaware Corporation, and ABBOTT LABORATORIES d/b/a ABBOTT NUTRITION, an Illinois corporation, |  |
| Defendants._____/ |  |

## NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:   Clerk of the Circuit Court of Palm Beach County, Florida:

You are hereby notified that Defendant Abbott Laboratories d/b/a Abbott Nutrition, an Illinois Corporation ("Abbott Laboratories"), has on the 27th day of January, 2011, filed in the United States District Court for the Southern District of Florida, Miami Division, a Notice of Removal to Federal Court of the above-entitled cause, a copy of which is attached hereto and made a part of the Notice to Clerk, for your information and guidance. This Notice serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this state court from proceeding further in this case, unless and until this case is remanded hereto by the United States District Court.

*[signature: Penelope A. Dixon]*
Penelope A. Dixon (FBN 0335680)
Email: pdixon@carltonfields.com
CARLTON FIELDS, P.A.

18069593.1

- 2 -

        Corporate Center Three at International Plaza
        4221 W. Boy Scout Boulevard (33607)
        Post Office Box 3239
        Tampa, Florida 33601
        Telephone:  (813) 223-7000
        Facsimile:  (813) 229-4133
        Attorneys for Abbott Laboratories, Inc. and Abbott Laboratories

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this notice was mailed to David P. Healy, 2846-B Remington Green Circle, Tallahassee, FL 32308, this 27th day of January, 2011.

*[signature]*
Attorney

18069593.1

- 2 -