# EXHIBIT C

1900091.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JASON JOVINE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) ABBOTT LABORATORIES, INC. d/b/a ) ABBOTT SALES, MARKETING and ) DISTRIBUTION CO., a Delaware ) corporation, and ABBOTT ) LABORATORIES d/b/a ABBOTT ) NUTRITION, an Illinois corporation, ) ) Defendants. ) ) | Case No. _____<br><br>State Case No. 50 2010 CA 029178<br><br><br><br>**CLASS ACTION** |

### DECLARATION OF JEFF BARTON

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Jeff Barton. I am sui juris, over the age of 21, have personal knowledge of the facts stated in this Declaration, and if sworn as a witness, can testify to these facts.

2. I am employed by Abbott Laboratories d/b/a Abbott Nutrition ("Abbott"), which has been named as a defendant in the above-captioned proceeding.

3. My title is Division Vice President and Controller, Finance, Abbott Nutrition Products Division.

4. I have been employed by Abbott since August 13, 1990. I am authorized to execute this Declaration on behalf of Abbott.

5. As Division Vice President and Controller, Finance, I am familiar with Abbott's business operations regarding its sales of Similac-brand powdered infant formula products.

4544373v.1

6. In September 2010, Abbott initiated a proactive, voluntary recall of approximately five million containers of certain Similac-brand infant formula products distributed between November 2007 and September 2010.

7. Abbott has offered, and continues to offer, consumers who purchased any recalled product, whether used or unused, the option of returning the recalled product to their place of purchase for a full refund of the purchase price or returning the recalled product directly to Abbott for a full refund at no cost to the consumer.

8. As of January 11, 2011, more than 100,000 separate households had returned containers of product directly to Abbott pursuant to this recall.

9. As of January 11, 2011, the purchasers of these returned products had filed refund claims with Abbott in the amount of $5,911,391.

10. As of January 11, 2011, the purchase price for each unit of recalled product for which a refund has been sought, according to customers submitting refund claims, ranges from $3.00 to $29.99. As of January 11, 2011, the average purchase price of all units of recalled product which have been returned, according to customers submitting refund claims, is $20.13.

11. An unknown additional number of consumers returned recalled product to retailers, who, in turn, returned the product to Abbott for a refund. Abbott is not aware of the portion of refunds it has paid to retailers that correspond to product which had been returned to the retailer by a consumer (as opposed to product that the retailer had never sold).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2011, at Columbus, Ohio.

_____
Jeff Barton

4544373v.1

Division Vice President and Controller, Finance, Abbott Nutrition Products Division.