UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-cv-80111 (JIC)

JASON JOVINE, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

ABBOTT LABORATORIES, INC. d/b/a
ABBOTT SALES, MARKETING and
DISTRIBUTION CO., a Delaware
corporation, and ABBOTT
LABORATORIES d/b/a ABBOTT
NUTRITION, an Illinois corporation,

      Defendants.
_____/

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the parties hereto, by and through their respective undersigned attorneys, jointly stipulate and move the Court to dismiss without prejudice all claims between Plaintiff Jason Jovine, and Defendants Abbott Laboratories, Inc. and Abbott Laboratories and asserted in this action, with each party to bear their own costs and attorneys' fees.

Date: 11/09/2011

By: /s/ David P. Healy
David P. Healy
Florida Bar No. 940410
2846-B Remington Green Cir.
Tallahassee, FL 32308
Telephone:   (850) 222-5400
Facsimile:    (850) 222-7339
E-Mail:        dhealy@davidhealylaw.com
Attorney for Plaintiff

Date: _____

By: _____
Penelope A. Dixon
Florida Bar No. 0335680
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Boulevard (33607)
Tampa, Florida 33601
Telephone:   (813) 223-7000
Facsimile:    (813) 229-4133
E-Mail:        pdixon@carltonfields.com
Attorneys for Abbott Laboratories, Inc. and Abbott Laboratories

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November __, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

By: _____
Attorney

| | |
|---|---|
| Date: _____ | Date: *Nov. 9, 2011* |
| By: _____ | By: *[signature] Penelope A Dixon* |
| David P. Healy | Penelope A. Dixon |
| Florida Bar No. 940410 | Florida Bar No. 0335680 |
| 2846-B Remington Green Cir. | **CARLTON FIELDS, P.A.** |
| Tallahassee, FL 32308 | 4221 W. Boy Scout Boulevard (33607) |
| Telephone:  (850) 222-5400 | Tampa, Florida 33601 |
| Facsimile:  (850) 222-7339 | Telephone:  (813) 223-7000 |
| E-Mail:  dhealy@davidhealylaw.com | Facsimile:  (813) 229-4133 |
| Attorney for Plaintiff | E-Mail:  pdixon@carltonfields.com |
| | Attorneys for Abbott Laboratories, Inc. and Abbott Laboratories |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November *10*, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

By: *[signature] Penelope A Dixon*
Attorney

## SERVICE LIST

*Jason Jovine v. Abbott Laboratories, Inc., et al.*
Case No.: 11-cv-80111 (JIC)
United States District Court, Southern District of Florida

David P. Healy
Email: dhealy@dhealylaw.com
**Law Offices of David. P. Healy, P.L.**
2846-B Remington Green Cir.
Tallahassee, Florida 32308
Telephone: (850) 222-5400
Facsimile: (850) 222-7339
Attorneys for Plaintiff Jason Jovine

*(Via CM/ECF)*